FILED BY __AC__ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 26 PM 1:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Cr. No. <u>05-20268-M1</u> |
| vs. | ) | |
| CHARLES GRUBB, | ) | |
| Defendant. | ) | |

### ORDER

Upon motion of the United States, the instant case is hereby transferred to United States District Judge J. Daniel Breen.

It is so **ORDERED** this __26__ day of July, 2005.

*[signature]*
JON P. McCALLA
United States District Judge

APPROVED BY:
*[signature]*
STEPHEN C. PARKER
AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-27-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20268 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT