IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~m~~ D.C.

05 AUG 10 AM 10: ˜6

~~THOMAS M. GOULD~~
CLERK, US DISTRICT COURT
WD OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.                                                    05-20268-MI

CHARLES FRANKLIN GRUBB

## ORDER ON ARRAIGNMENT

This cause came to be heard on _August 10, 2005_ , the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME_D. Holt_____ who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_✓_The defendant, who is not in custody, may stand on his present bond.
_____The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:506;

U. S. Attorney assigned to Case: T. Parker

Age:

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-12-05____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20268 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT