FILED BY **ey** D.C.

05 DEC 20 PM 12: 29

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT AT TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

                                                CR. No.:   05-20268-B
                                                               05-20047

CHARLES FRANKLIN GRUBB,

    Defendant.

## ORDER GRANTING CONTINUANCE

This cause came on to be heard the Honorable J. Daniel Breen and, for good cause, the request for continuance is granted. The case will be reset to the regular rotation report date of _30th_ day of January, 2006. Time will be excluded under the Speedy Trial Act

_____
The Honorable J. Daniel Breen
United States District Court Judge

Date: 12/15/05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-20-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20268 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT